428 A.2d 248

Commonwealth v. Laney, Appellant.

* Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

Submitted December 6, 1979. Hugh C. Clark, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.